UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SCOTT MARTIN ROETTGER,

       Plaintiff,                                   Case No. 1:11-cv-822

v.                                                     Hon. Janet T. Neff

CATHLEEN M. ROETTGER,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

       The court has reviewed the Report and Recommendation (Dkt 6) filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation (Dkt 6) of the Magistrate Judge, filed August 15, 2011, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief may be granted.


Dated: September 7, 2011                                   /s/Janet T. Neff
                                                                   JANET T. NEFF
                                                                   UNITED STATES DISTRICT JUDGE